| | |
|---|---|
| STEVEN D. WERTH, # 121153<br>DIRK D. LARSEN, # 246028<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California 94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br><br>Attorneys for Defendant<br>MIKE ROBIK dba MCDONALDS | CENTER FOR DISABILITY ACCESS<br>M. ERIC PARKAN, # 35687<br>RAYMOND G. BALLISTER, JR., #111282<br>MARK D. POTTER, # 166317<br>STEVEN J. WEDE, # 214908<br>100 East San Marcos Blvd., Suite 400<br>San Marcos, CA 92069<br>Telephone (760) 744-9848<br>Facsimile (760) 744-9840<br><br>Attorneys for Plaintiff<br>DANIEL GREEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GREEN<br><br>    Plaintiff<br><br>v.<br><br>MIKE ROBIK, DOING BUSINESS AS MCDONALDS, and DOES 1 through 100 inclusive<br><br>    Defendant | Case No. 2:08CV-2581-LKK-KJM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney's fees and costs.

2.    Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: May 26, 2010.

LOW, BALL & LYNCH

By  s/ Dirk D. Larsen
STEVEN D. WERTH
DIRK D. LARSEN
Attorneys for Defendant
MIKE ROBIK dba MCDONALDS

[STIPULATION OF DISMISSAL - continued]

Dated: May 24, 2010.

          CENTER FOR DISABILITY ACCESS

By  s/ Raymond G. Ballister, Jr.
M. ERIC PARKAN
RAYMOND G. BALLISTER, JR.
MARK D. POTTER
STEVEN J. WEDE
Attorneys for Plaintiff
DANIEL GREEN

## [PROPOSED] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.    That the above-captioned action, *Green v. Robik*, Case No. 2:08CV-2581-LKK-KJM, is hereby DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: May 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT